Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 25, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed September 25, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01009-CV

____________

 

IN RE IVO NABELEK, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On September 10, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, he seeks to have this Court
compel the Hon. Charles Bacarisse to assign his
notice of appeal to a court of appeals. 
The appeal was assigned to this Court on August 8, 2003, and it has been
docketed under our appeal number 14-03-00965-CV.  

Accordingly, we deny relator=s petition for writ of mandamus as
moot. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed September 25, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and Seymore.